An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL A. BROWN,
Appellant,
vs.
KARA SIFFERMAN,
Respondent.

No. 66391

**FILED**

FEB 13 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Appellant's unopposed December 18, 2014, motion to voluntarily dismiss this appeal is granted. Accordingly, we ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:    Hon. William B. Gonzalez, District Judge, Family Court Division
Tarkaninan & Knight Law Group, PLLC
Kara Sifferman
Pickard Perry Kolbe, Ctd.
Eighth District Court Clerk

---

[1]Parenting coordinator's January 2, 2015, motion for NRAP 38(b) and NRS 18.010 attorney fees and costs is denied. In light of this dismissal, all other pending motions are denied as moot.

15-04942